USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/24/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
136 FIELD POINT CIRCLE HOLDING COMPANY LLC,

                Plaintiff,

13 CIVIL 6285 (GHW)

-against-

**AMENDED JUDGMENT**

INVAR INTERNATIONAL HOLDING, INC,
                Defendants.
-----------------------------------------------------------------X

      Plaintiff having moved for summary judgment, and the matter having come before the Honorable Gregory H. Woods, United States District Judge, and the Court, on March 19, 2015, having rendered its Memorandum Opinion and Order granting Plaintiff's motion for summary judgment, entering judgment in favor of plaintiff in the amount of $1,000,000, and directing the Clerk of Court to enter judgment accordingly and close the case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 19, 2015, plaintiff's motion for summary is granted and judgment is hereby entered in favor of Plaintiff in the amount of $1,000,000; accordingly, the case is closed.

**Dated:** New York, New York
       August 24, 2016

                                          **RUBY J. KRAJICK**

                                              **Clerk of Court**

                **BY:**

                                              **Deputy Clerk**